# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Galan, Alicia T

Printed:  7/29/08

Case Number:  06 B 07090
Judge:  Wedoff, Eugene R
Filed:  6/16/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Completed:  June 12, 2008
Confirmed:  August 3, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 31,720.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 26,810.75 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,854.00 |
| Trustee Fee: |  | 1,655.25 |
| Other Funds: |  | 400.00 |
| Totals: | 31,720.00 | 31,720.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,854.00 | 2,854.00 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | Cavalry Portfolio Services | Unsecured | 265.47 | 357.15 |
| 4. | Capital One | Unsecured | 318.98 | 429.13 |
| 5. | World Financial Network Nat'l | Unsecured | 126.23 | 169.82 |
| 6. | ECast Settlement Corp | Unsecured | 612.17 | 823.57 |
| 7. | T Mobile USA | Unsecured | 434.72 | 584.84 |
| 8. | Mobile | Unsecured | 160.00 | 215.25 |
| 9. | RoundUp Funding LLC | Unsecured | 176.80 | 237.85 |
| 10. | Capital One | Unsecured | 295.84 | 398.00 |
| 11. | Capital One | Unsecured | 1,013.45 | 1,363.41 |
| 12. | RoundUp Funding LLC | Unsecured | 185.69 | 249.82 |
| 13. | B-Real LLC | Unsecured | 803.17 | 1,080.52 |
| 14. | RoundUp Funding LLC | Unsecured | 1,572.07 | 2,114.94 |
| 15. | B-Line LLC | Unsecured | 270.62 | 364.08 |
| 16. | RoundUp Funding LLC | Unsecured | 2,910.30 | 3,915.31 |
| 17. | RoundUp Funding LLC | Unsecured | 10,405.08 | 13,998.23 |
| 18. | Resurgent Capital Services | Unsecured | 160.84 | 216.38 |
| 19. | Resurgent Capital Services | Unsecured | 217.38 | 292.45 |
| 20. | Amex | Unsecured |  | No Claim Filed |
| 21. | AT&T Wireless | Unsecured |  | No Claim Filed |
| 22. | America OnLine | Unsecured |  | No Claim Filed |
| 23. | Comcast | Unsecured |  | No Claim Filed |
| 24. | Citi Cards | Unsecured |  | No Claim Filed |
| 25. | Cingular Wireless | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Galan, Alicia T

Printed:  7/29/08

Case Number:  06 B 07090

Judge:  Wedoff, Eugene R

Filed:  6/16/06

| | | | |
|---|---|---|---|
| 26. | HSBC Bank USA | Unsecured | No Claim Filed |
| 27. | Zales | Unsecured | No Claim Filed |
| 28. | Midwest Orthopaedics | Unsecured | No Claim Filed |
| 29. | Mobile | Unsecured | No Claim Filed |

$ 22,782.81          $ 29,664.75

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 123.50 |
| 4.8% | 208.69 |
| 5.4% | 1,323.06 |

$ 1,655.25

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: